171 So.2d 479

**Elda THIBODEAUX, individually and as tutrix of the minor, Alzenia Thibodeaux and Herman Gallien,**

**v.**

**JACK'S COOKIE CORPORATION and Liberty Mutual Insurance Company.**

No. 47622.

Feb. 23, 1965.

In re: Elda Thibodeaux et al. applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Allen. 169 So.2d 918.

Writ refused. Under the facts found by the Court of Appeal we find no error of law.

McCALEB, J., thinks that a writ should be granted as it appears to him that, under the facts found by the Court of Appeal, the doctrine of last clear chance is applicable. See Jackson v. Cook, 189 La. 860, 181 So. 195 and Rector v. Allied Van Lines (La.App.) 198 So. 516.

171 So.2d 480

**Jacob J. RAIA**

**v.**

**WWL–TV et al.**

No. 47645.

Feb. 23, 1965.

In re: Jacob J. Raia applying for writs of prohibition, certiorari and mandamus.

The petition of the relator in the above entitled and numbered case having been duly considered,

It is ordered that a writ of certiorari issue herein, directing the Honorable Fred J. Cassibry, Judge of the Civil District Court for the Parish of Orleans, to transmit to the Supreme Court of Louisiana, on or before the 3rd day of May, 1965, the record in duplicate, or a certified copy of the record in duplicate, of the proceedings complained of by the relator herein, to the end that the validity of said proceedings may be ascertained.

It is further ordered that the aforesaid Judge of said Court and the respondents through their attorneys shall show cause, in this court, on the date aforesaid, at 11 o'clock A.M., why the relief prayed for in the petition of the relator should not be granted.